KOBAYASHI SUGITA & GODA, LLP
JOSEPH A. STEWART          7315-0
AARON R. MUN               9779-0
STEPHEN G.K. KANESHIRO  11295-0
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Phone: 808-535-5700
jas@ksglaw.com
arm@ksglaw.com
sgk@ksglaw.com

Attorneys for Defendants
HAWAIIAN ELECTRIC COMPANY, INC.
and MAUI ELECTRIC COMPANY, LIMITED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MISAKI'S, INC., a Hawaii Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HAWAIIAN ELECTRIC COMPANY, INC., and MAUI ELECTRIC COMPANY, LIMITED,<br><br>Defendant. | Civil No. CV 21-00514 HG-KJM<br><br>STIPULATION DISMISSING FIRST AMENDED COMPLAINT WITH PREJUDICE |

Case 1:21-cv-00514-HG-KJM   Document 79   Filed 08/29/23   Page 2 of 2   PageID.290

STIPULATION DISMISSING
FIRST AMENDED COMPLAINT WITH PREJUDICE

Under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Local Rule 41.1, Plaintiff MISAKI'S, INC. and Defendants HAWAIIAN ELECTRIC COMPANY, INC. and MAUI ELECTRIC COMPANY, LIMITED, through their respective counsel, stipulate to dismiss, with prejudice, all claims set forth in the First Amended Complaint filed herein.

Each side will bear its own attorneys' fees and costs. There are no remaining parties, claims, or issues in this action. All parties who have appeared in this action have signed this stipulation through their respective counsel.

Dated: Honolulu, Hawaii, August 28, 2023.

AGREED AND ACCEPTED BY:

| /s/ Catherine L. Aubuchon | /s/ Joseph A. Stewart |
|---|---|
| MARGERY S. BRONSTER<br>CATHERINE L. AUBUCHON<br>KELLY A. HIGA BROWN | JOSEPH A. STEWART<br>AARON R. MUN<br>STEPHEN G.K. KANESHIRO |
| Attorneys for Plaintiff<br>MISAKI'S, INC. | Attorneys for Defendants<br>HAWAIIAN ELECTRIC COMPANY, INC. and MAUI ELECTRIC COMPANY, LIMITED |

APPROVED AS TO FORM.
DATED: August 29, 2023, Honolulu, Hawaii.



Helen Gillmor
United States District Judge

Civil No. CV 21-00514 HG-KJM; MISAKI'S, INC. v. HAWAIIAN ELECTRIC COMPANY, INC., et al; **STIPULATION DISMISSING FIRST AMENDED COMPLAINT WITH PREJUDICE**