# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CIV. NO. 21-00514 HG-KJM |
| CASE NAME: | Misaki's Inc. v. Hawaiian Electric Company, Inc.; Maui Electric Company, Limited |
| ATTYS FOR PLA: | Catherine L. Aubuchon<br>Margery S. Bronster<br>Kelly Anne Higa Brown |
| ATTYS FOR DEFS: | Aaron R. Mun<br>Stephen Gabriel Kiyoshi Kaneshiro<br>Joseph A. Stewart |

| | |
|---|---|
| JUDGE: | Helen Gillmor |
| DATE: | August 29, 2023 |

On August 28, 2023, Defendants submitted:

> STIPULATION DISMISSING FIRST AMENDED COMPLAINT WITH PREJUDICE (ECF No. 79).

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Local Rule 41.1, the case is **DISMISSED** with prejudice.

The Clerk of Court is directed to **CLOSE** the case.

Submitted by: Rachel Sharpe, Courtroom Manager